MINARD v. DELAWARE, L. & W. R. CO.

(Circuit Court of Appeals, Third Circuit. April 19, 1907.)

No. 3.

COVENANTS—CONSTRUCTION—COVENANT OR CONDITION.

A provision in a deed conveying right of way to a railroad company requiring the grantee to erect a station house thereon and to stop all passenger trains there which stopped at other stations within three miles *held*, in view of other provisions, to constitute a covenant and not a condition subsequent.

In Error to the Circuit Court of the United States for the District of New Jersey.

Wm. J. Kearns, for plaintiff in error.

Conover English, for defendant in error.

Before GRAY and BUFFINGTON, Circuit Judges, and LANNING, District Judge.

PER CURIAM. The specifications of error in this case present for decision the question whether a certain clause in a deed of convey-

ance referred to in the pleadings and offered in evidence on the trial should be construed as a covenant or a condition subsequent. In the Circuit Court Judge Cross (Minard v. Delaware, L. & W. R. Co. [C. C.] 139 Fed. 60) construed the clause as a covenant. We think the principles of law applicable to the case are correctly stated by him and we are content to rest our decision on his opinion.

The judgment of the Circuit Court is affirmed, with costs.